[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1814

 ALICE BURNHAM,

 Plaintiff, Appellant,

 v.

 UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, ET AL.,

 Defendants, Appellees.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF NEW HAMPSHIRE

 [Hon. Joseph A. DiClerico, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Selya and Stahl, Circuit Judges. 

 

Alice Burnham on brief pro se. 
Paul M. Gagnon, United States Attorney, and T. David Plourde, 
Assistant United States Attorney, on brief for appellee.

 

 February 26, 1998
 

 Per Curiam. Upon careful review of the briefs and 

record, we conclude that the district court properly entered

summary judgment substantially for the reasons stated in the

order dated April 22, 1997, and we perceive no abuse of

discretion in the denial of appellant's motion for

reconsideration or relief from judgment.

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-